IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, CARPENTERS PENSION FUND OF ILLINOIS, CARPENTERS RETIREMENT SAVINGS FUND OF ILLINOIS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, and CARPENTERS LOCAL NO. 183, <br><br> Plaintiffs, <br><br> vs. <br><br> DOORS UNLIMITED, INC. and JOSEPH ROAN, <br><br> Defendants. | 11-3017 |

OPINION

JUDGE SUE E. MYERSCOUGH:

The Court now considers Plaintiffs Central Illinois Carpenters

Health & Welfare Fund, Carpenters Pension Fund of Illinois, Carpenters

Retirement Savings Fund of Illinois, Mid-Central Illinois Regional

Council of Carpenters, and Carpenters Local No. 183's Motion for

1

Default Judgment. See d/e 10 (the Motion). The Motion is GRANTED for the following reasons.

FINDINGS

On January 20, 2011, Plaintiffs filed a Complaint, setting forth a basis for Defendant Doors Unlimited Inc.'s and Defendant Joseph Roan's liability. See d/e 1. Defendants were duly served. See d/e 5 and d/e 7. Defendants never answered or otherwise pled. Accordingly, on Plaintiffs' motion, an Entry of Default was entered on April 5, 2011. See d/e 9.

Because Defendants never objected, the Entry of Default stands and a default judgment may appropriately be entered. See Fed.R.Civ.P. 55 and this Court's Standing Order dated April 15, 2011. Having reviewed Plaintiffs' Motion for Default Judgment and the materials of record, the Court determines that, pursuant to the parties' agreements and 29 U.S.C. § 1132(g)(2):

A. Defendants are jointly and severally liable to Plaintiffs Central Illinois Carpenters Health & Welfare Fund, Mid-Central Illinois

Regional Council of Carpenters, and Carpenters Local No. 183 in the amount of $8,544.15. Of that amount: $5,820.74 is owed for delinquent contributions; $1,164.89 is owed for liquidated damages; and $1,558.52 is owed for attorney's fees and costs; and

 B. Defendants are jointly and severally liable to Plaintiffs Carpenters Pension Fund of Illinois, Carpenters Retirement Savings Fund of Illinois, Mid-Central Illinois Regional Council of Carpenters, and Carpenters Local No. 183 in the amount of $5,260.17. Of that amount: $3,306.50 is owed for delinquent contributions; $330.65 is owed for liquidated damages; and $1,623.02 is owed for attorney's fees and costs.

 THEREFORE, Plaintiffs Central Illinois Carpenters Health & Welfare Fund, Carpenters Pension Fund of Illinois, Carpenters Retirement Savings Fund of Illinois, Mid-Central Illinois Regional Council of Carpenters, and Carpenters Local No. 183's Motion for Default Judgment (d/e 10) is GRANTED as stated above. This case is CLOSED.

IT IS SO ORDERED.

ENTERED: June 17, 2011

FOR THE COURT:	s/ Sue E. Myerscough
	SUE E. MYERSCOUGH
	UNITED STATES DISTRICT JUDGE